v.

DEPARTMENT OF HOMELAND SECURITY, Respondent.

No. 2008–3022.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2008.

Donald A. RECINO, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 2008–3102.

United States Court of Appeals, Federal Circuit.

Aug. 18, 2008.

---

* Honorable Liam O'Grady, District Judge, United States District Court for the Eastern District of Virginia, sitting by designation.

Peter C. Nelson, of Rochester, NY, argued for petitioner.

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director, and Gregg M. Schwind, Trial Attorney.

Before NEWMAN, RADER and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.